IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV508-C

| | | |
|---|---|---|
| NATIONAL LEAGUE OF JUNIOR COTILLIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| CHRISTY PORTER, Director, and COLORADO JUNIOR COTILLION, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the Defendants' "Motion for Admission Pro Hac Vice" (document #19) filed February 15, 2007, requesting admission of Attorney Michael W. Reagor to represent the Defendants. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: February 16, 2007

_____
Carl Horn, III
United States Magistrate Judge