IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.3:06CV508-C

| | |
|---|---|
| NATIONAL LEAGUE OF JUNIOR COTILLIONS, INC., ) ) ) Plaintiff, ) v. ) ) CHRISTY D. PORTER, and COLORADO ) JUNIOR COTILLION, INC., ) ) Defendants. ) _____) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' "Motion for Admission Pro Hac Vice" (document #28) filed April 18, 2007, of counsel for the Plaintiff, Sheldon H. Parker. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: April 19, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge