UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-cv-508

| | |
|---|---|
| NATIONAL LEAGUE OF JUNIOR COTILLIONS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>CHRISTY D. PORTER and COLORADO JUNIOR COTILLION, LLC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   <u>ORDER</u><br>)<br>)<br>)<br>)<br>)<br>) |

On April 2, 2007, the magistrate judge issued a Memorandum and Recommendation in the present case recommending that Defendants' Motion for Partial Dismissal (Doc. No. 21) be denied. (Doc. No. 24). The parties were advised that any objections were to be filed in writing within ten days after service of the magistrate judge's decision. That deadline has now passed without any party filing objections. After a careful review of the Memorandum and Recommendation, the Court finds that the magistrate judge's proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the magistrate judge's recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that Defendants' Motion for Partial Dismissal (Doc. No. 21) be **DENIED.**

1

Signed: June 13, 2007

Robert J. Conrad, Jr.
Chief United States District Judge