UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| NATIONAL LEAGUE OF JUNIOR COTILLIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTY PORTER AND COLORADO JUNIOR COTILLION, LLC, <br><br> Defendants. | Case No. 3:06-cv-508-RJC |

**MISCELLANEOUS ORDER**

The Court has scheduled a hearing on Plaintiff National League of Junior Cotillion's "Motion to Show Cause . . ." (Doc. No. 52), for Wednesday, April 23, 2008, at 10:00 a.m.

**IT IS HEREBY ORDERED** that a corporate representative for the NLJC, and Christy Porter, Bruce Porter and Bette Suppes shall appear at the hearing.

Signed: April 17, 2008

Robert J. Conrad, Jr.
Chief United States District Judge

1