UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| NATIONAL LEAGUE OF JUNIOR COTILLIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTY PORTER AND COLORADO JUNIOR COTILLION, LLC, )<br>)<br>Defendants. ) | Case No. 3:06-cv-508-RJC |

**MISCELLANEOUS ORDER**

The Court has previously scheduled a hearing on Plaintiff National League of Junior Cotillion's "Motion to Show Cause . . ." (Doc. No. 52), for Wednesday, April 23, 2008, at 9:15 a.m. The Court has also been advised as to the hardship of requiring Bette Suppes to attend in person.

**THEREFORE, IT IS HEREBY ORDERED** that Bette Suppes be **ALLOWED** to attend the hearing by telephone.

Signed: April 22, 2008

Robert J. Conrad, Jr.
Chief United States District Judge

1